UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Wyman W. Cobb,

       Petitioner,                                                  Case No. 06-10722

v.                                                                        Hon. Nancy G. Edmunds

Linda M. Metrish,

       Respondent.
_____/


## ORDER ACCEPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including Petitioner's Objections if any, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Petitioner's application for writ of habeas corpus is DENIED.

      SO ORDERED.

                                      s/Nancy G. Edmunds
                                      Nancy G. Edmunds
                                      United States District Judge

Dated: July 21, 2008

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 21, 2008, by electronic and/or ordinary mail.

                                      s/Carol A. Hemeyer
                                      Case Manager